UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

RE: Yovanny R. Hechavarria                                                        CASE NUMBER: 25-23015 RAM

**TRUSTEE'S NOTICE OF DEFICIENCY AND RECOMMENDATION**
**(If this case is dismissed, this deficiency is an objection to reinstate)**

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter or requirements under the Bankruptcy Code and Rules. *The Trustee reserves the right to raise additional objections UNTIL all documents are provided to the Trustee and reviewed for issues raised and additional documents needed.* See Court Notice of Commencement for additional information and Trustee's website www.CH13miami.com for forms and procedures.

As appropriate, all written responses or documents must be received through BKDOCS.US or filed with the Clerk by 5pm at least 15 days prior to the first confirmation hearing or agreed deadline if confirmation is continued. Pro Se debtors may fax documents to 954-443-4452. Late documents may not be reviewed or considered, and this case may be at risk of dismissal. The Trustee's Office has a "Pre-call" date, **THE THURSDAY PRIOR TO THE HEARING**. During this period, the Debtor's or Creditor's attorney must call and speak to the Trustee's staff attorney unless they agree to the Trustee's recommendation. A final calendar will be published with any changes of this recommendation the day before the hearing on the front page of the Trustee's website.

***RECOMMENDATIONS ARE CHANGED UPON REVIEW OF DOCUMENTS NOT RECEIPT***

THE DEBTOR'S ATTORNEY OR SELF REPRESENTED DEBTOR MUST APPEAR AT THE CONFIRMATION HEARING OR THE CASE MAY BE DISMISSED

Trustee Recommendation for hearing                                LAST REVIEWED: **1/7/2026**
                                                                              *Objection to Exemption: Valuation (16)*

**Plan served 11/5**
**If debtor's counsel appears, confirms service, agrees to vesting and the recommendation on the record: Continue to 2/10:**
**Due on or before 1/23:** 1) Amend Plan Section II.B – payable fees and balance due do not match, 2) Mr Wood Customer Design, Inc: BDQ-Updated 4.3.2024 version complete with all questions answered or 1099 Affidavit, Profit/Loss &Balance Sheet, 3) Mr Wood Designs LLC: BDQ-Updated 4.3.2024 version complete with all questions answered or 1099 Affidavit, Profit/Loss & Balance Sheet, Copy of check(s) and explanation/evidence of use: Acct #7997 Chk #1436 $1,000.00, #1435 $1,000.00, #1438 $2,000.00, #1442 $1,000.00, #1443 $1,000.00, #1446 $1,000.00; Acct#0801 Chk #1288 $1000, #1303 $1,000.00, #1301 $4,600.00, 1306 $1,500.00, #1307 $1,500.00, 1308 $1,500.00, and Explanation of withdrawal/debit/transfer and evidence of use: Acct #7997 8/7 $1,053.63, 8/11 $10,12.83, 8/27 $1,013.68, 9/10 $1,012.83, 9/29 $1,013.68, 10/21 $1,327.87, 10/24 $1,000.00, 10/27 $1,013.68; Acct #0801 9/16: $1,019.54, 4) Pending the filing of LF 76 Bar Date: 1/9/26,5) Income understated: deposits in deposits in bank statements (#7997, #0801, #4980) substantial losses reflected in 2024 corporate return that must be substantiated and in personal bank acct# 3969,6) Provide Proof of Sch. J lines: 15c (no car listed on schedules),7) Provide evidence of liabilities listed on 2024 corporate tax return,8) No real property,9) 2010 M.B. no lien,10) No jewelry,11) Provide evidence of liabilities regarding Sch. A/B# 19,12) Amend Sch. I affidavit of support provided higher than Sch. ,13) CMI and Sch. I income is inconsistent

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

*Submitted by:*
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402